UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LANDMARK FINANCIAL SOLUTIONS, LLC,

      Plaintiff,

v.                                                 Case No: 2:13-cv-214-FtM-38CM

ALEXANDRA SANCHEZ, GREGORIO SANCHEZ, ARROW FINANCIAL SERVICES LLC and SUNTRUST BANK,[1]

      Defendants.
_____/

**ORDER**

This matter comes before the Court upon *Sua Sponte* Review of the Docket Sheet. On April 7, 2014, the Court entered an Order (Doc. # 26) granting the Plaintiff's Motion for Default Judgment and right to foreclose and sell the property at issue in the case. Judgment was never entered in the case and therefore, the Court will now enter judgment and close the case.

    Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Clerk of the Court is directed to enter Judgment in favor of the Plaintiff, Landmark Financial Solutions, LLC and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record